**Order entered September 28, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00722-CR

**MELVIN BERNARD GOODEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-70898-I**

## ORDER

Appellant timely filed his notice of appeal in the trial court on June 8, 2018. On September 27, 2018, counsel Dianne Jones McVay filed a motion to withdraw as counsel. In the motion, Ms. McVay states she has recently taken a job as senior counsel with a corporation and needs to withdraw. We **GRANT** the September 27th motion of Dianne Jones McVay to withdraw as counsel and **DIRECT** the Clerk to remove Dianne Jones McVay as appellant's attorney of record.

Because the trial court previously found appellant was indigent, we **ORDER** the trial court to appoint new counsel in this appeal and to transmit a copy of the order appointing new counsel within **FIFTEEN DAYS OF THE DATE OF THIS ORDER**.

The record is due October 6, 2018.

/s/    LANA MYERS
        JUSTICE